UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
Plaintiff )
vs. )
Miguel Cedeno-Martinez )
Defendant(s) )

CRIMINAL NO. 07MJ2658

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Angelica Valdez-Legaria

DATED: 11-29-07

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature] **Deputy Clerk**

**CLERK'S OFFICE COPY**
**mc500 Crim-25 rev. 8-95**

☆ U.S. GPO: 2003-581-774/70082